AO 241
(Rev. 09/02)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Middle |
|---|---|
| Name (under which you were convicted): Leonardo Simpkins JR | Docket or Case No.: |
| Place of Confinement: North west Florida Reception Center | Prisoner No.: DC# 436009 |

Petitioner (include the name under which you were convicted)  
Leonardo Simpkins JR  
v.  
Respondent (authorized person having custody of petitioner)  
Warden Duvall

The Attorney General of the State of Florida

5:24-CV-214-SDM-PRL

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Marion County 5th Circuit Court

   (b) Criminal docket or case number (if you know): No. 2007-CF-3086-A

2. (a) Date of the judgment of conviction (if you know): 2008-2009

   (b) Date of sentencing: 2009

3. Length of sentence: 20 YR with 10 yr minimum mandatory

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: Principle to Armed Robbery

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241
(Rev. 10/07)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   N/A
N/A
N/A
N/A
N/A
N/A

(c) If you went to trial, what kind of trial did you have? (Check one)
☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?
☑ Yes   ☐ No

9. If you did appeal, answer the following:
(a) Name of court: Daytona FL 5th District Court of Appeal
(b) Docket or case number (if you know): dont remember
(c) Result: denied
(d) Date of result (if you know): 2009
(e) Citation to the case (if you know): dont remember
(f) Grounds raised: I Dont rember / remember as I dont have record or motion

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No
If yes, answer the following:
(1) Name of court: N/A
(2) Docket or case number (if you know): N/A
(3) Result: N/A
N/A
(4) Date of result (if you know): N/A

AO 241
(Rev. 10/07)

  (5) Citation to the case (if you know): _N/A_

  (6) Grounds raised: _N/A_

  _N/A_

  _N/A_

  _N/A_

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

If yes, answer the following:

  (1) Docket or case number (if you know): _N/A_

  (2) Result: _N/A_

  _N/A_

  (3) Date of result (if you know): _N/A_

  (4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Marion County's 5th circuit court_

  (2) Docket or case number (if you know): _don't remember_

  (3) Date of filing (if you know): _2009_

  (4) Nature of the proceeding: _1st Motion for Mitigation and Modification_

  (5) Grounds raised: _1 ground about Petitioner's having a mental disability, that warranted/warrants a 10 yr minimum by law only, Nothing over 10 year Sentence._

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion? "hearing yes"

  ☒ Yes

  (7) Result: _denied without a recomended/seeing mental health Doctor_

  (8) Date of result (if you know): _2010_

AO 241
(Rev. 10/07)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: __Monroe County's 8th Circuit Court__

(2) Docket or case number (if you know): __I Dont remember__

(3) Date of filing (if you know): __Sept 2010__

(4) Nature of the proceeding: __1st Post-conviction for relief motion__

(5) Grounds raised: __Ground two about Ineffective assistance of counselor failure to suppress evidence of probability of evidence tampering__

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: __Denied without attachment of trial transcripts/records__

(8) Date of result (if you know): __Oct 2010 - Dec 2010__

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: __United States District Court middle district of FL__

(2) Docket or case number (if you know): __I dont remember__

(3) Date of filing (if you know): __2012 Feb or March__

(4) Nature of the proceeding: __1st Petition under 28 U.S.C. § 2254__

(5) Grounds raised: __Ground 2 that the trial court failed to attach portion of the record to refute petitioner's claim of Ineffective of assistance of counsels failure to suppress probability of evidence tampering__

AO 241
(Rev. 10/07)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _dismissed For Lack of Jurisdiction_

(8) Date of result (if you know): _2012_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☒ No
(2) Second petition:   ☐ Yes    ☒ No
(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_mentally disable with a slow learning disorder since Youth / Intellectual disability_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** _Of new rule of constitutional law, where trial court issued a recent civil motion for more restitution, after gross negligence of reader's Petitioner's unlawful conviction of 4th Amendment Violation / infringment_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Of 2022 Oct - 2022 Dec trial court wrote a civil motion for a Restitution Lien of $363,000 of liquidation, after reviewing Petitioner's case for completion, But as Petitioner whoso first time offender and mentally handi cap / slow learning disorder, was unlawfully convicted with officer Wissinger testimoney demistrating unreasonably seizing Petitioner one black Nike air Jordan Shoe Then Placing it down at the crime scene to pick it up and direct the forensics to collect pictures and evidence, the State Prosecutor manufacturing the image Shoe Print at crime Scene is Now revealed as Petitioner testimoney will show that Petitioner touch DNA_

(b) If you did not exhaust your state remedies on Ground One, explain why: _material before Robbery, being greeted by unknown named Suspect nicked name Lamanzo, who recieved Petitioner's extra black T-shirt after hand Shacking Petitioner with black noted gloves and a hug. That all exonerates Petitioner with a probability of / possibility of a Lesser offense, As Know identity of suspects was given_

AO 241
(Rev. 10/07)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _emotionally / mentally hands cap slow learning disorder / intellectual disability_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  ☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

_N/A_
_N/A_

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_
_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _mentally / intellectual disability slow learning disorder_

AO 241
(Rev. 10/07)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Application for Leave to file a Second or Successive Habeas Corpus petition 28 U.S.C. § 2244(b) by a Prisoner in State Custody

**GROUND TWO:** Of Petitioner's mental disability that was Gross neglected until Petitioner recieved a 20 unlawful Sentence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Of Petitioner's mental disability of Slow learning Since youth Petitioner was unreasonably seized from one of his Shoe and fringe at the crime Scene by officer wissinger trial testimoney Stating "he placed Petitioner Shoe down, then picked it up for forensics to take/collect evidence and Picture, that Petitioner ineffective of counsel neglected for Petitioner's unlawful Sentence, with trying for Youth offender of Sentencing and of a mitigation and Modification of Sentencing afterwards, As counsel knew Petitioner was

(b) If you did not exhaust your state remedies on Ground Two, explain why: disabled, giving no recomendation for a mental health doctor. filing a motion for mitigating factor 2009. As Petitioner has been going through Cruel and unusual Punishment of the unlawful 20y Sentence.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  N/A
N/A
N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  N/A

Name and location of the court where the motion or petition was filed:  N/A
N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

AO 241
(Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available): N/A
N/A
N/A

(3) Did you receive a hearing on your motion or petition?  ☒ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two  mentally disabled slow learning disability / intelectual disability since youth

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A
N/A
N/A
N/A
N/A
N/A

AO 241
(Rev. 10/07)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: __N/A__
__N/A__
__N/A__
__N/A__

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: __N/A__
__N/A__
__N/A__

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__
__N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__
__N/A__
__N/A__

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__
__N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__
__N/A__
__N/A__

AO 241
(Rev. 10/07)

 (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

  N/A
  N/A
  N/A

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

 N/A
 N/A

**GROUND FOUR:** N/A
N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

 N/A
 N/A
 N/A
 N/A
 N/A
 N/A
 N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

 N/A
 N/A
 N/A
 N/A

(c)  **Direct Appeal of Ground Four:**

 (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

 (2) If you did not raise this issue in your direct appeal, explain why: N/A
  N/A

(d)  **Post-Conviction Proceedings:**

 (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

  ☐ Yes ☒ No

 (2) If your answer to Question (d)(1) is "Yes," state:

 Type of motion or petition: N/A

AO 241 (Rev. 10/07)

Name and location of the court where the motion or petition was filed: N/A
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A
N/A
N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A
N/A
N/A
N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A
N/A
N/A
N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A
N/A
N/A
N/A
N/A

AO 241
(Rev. 10/07)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: unreasonably seized of property to infringe for a unlawful conviction of the mentally/intellectual disabled first time offender petitioner misguided by law clerks

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   unreasonable seizure of property to infringe at crime scene, misguided by lawyer and law clerk being mentally/intelectually disabled

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☒ Yes ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By A Prisoner In State Custody Sent 3/27/24 to the United States Court of Appeals Eleventh Circuit Also a 1983 complaint filed 4/11/24 to United States District Court Middle District Ocala's FL Division

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☒ Yes ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. 3/27/24 Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By A Prisoner In State Custody, United States Court of Appeals eleventh circuit, I claim unreasonable seizure of property to Infringe

AO 241
(Rev. 10/07)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Mr. Mitcheal Johnson_

(b) At arraignment and plea: _Mr. Micheal Johnson_

(c) At trial: _Mr. Micheal Johnson_

(d) At sentencing: _Mr. Micheal Johnson_

(e) On appeal: _Mr. Micheal Johnson_

(f) In any post-conviction proceeding: _Mr. Micheal Johnson_

(g) On appeal from any ruling against you in a post-conviction proceeding: _Brian Hatfield, MS Racheal_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _N/A_
_N/A_

(b) Give the date the other sentence was imposed: _N/A_

(c) Give the length of the other sentence: _N/A_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☒ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Of Petitioner being a first time offender and Mentally disabled with a slow learning disabler/disorder petitioner has been going through a crisis within the prison environment As petitioner Also suppose to have 10 yrs minimum/only by Law Petitioner_

AO 241
(Rev. 10/07)

has made mistakes and has been misguided by lawyers and law clerks while being cruel and unusually punished by D.O.C. Officials and Inmates, That all cause emotional distress and distraction to petitioner preventing petitioner intellect to comprehend with a slow learning disorder and intellectual/emotionally handicap disability, being on medication

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

   (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 10/07)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Speedy/emergency release/relief and a effective Lawyer/court appointed counsel, for these claims and a 1983 Law Suit complaint for expedent/speedy trial

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on April 17, 2024 (month, date, year).

Executed (signed) on 4/17/24 (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____